# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MALKAN, INC., | : | No. 349 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOSEPH SOFTA, MARK SOFTA, DAVID | : | |
| SOFTA, TAB SOFTA, MICKEY SOFTA, | : | |
| ARLEEN SOFTA,  BERNARD SOFTA, | : | |
| JAMES SOFTA AND FRANCES SOFTA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.